Ernst & Co. vs. Waterworks Company

No. 9894.

ERNST & CO. VS. NEW ORLEANS WATERWORKS COMPANY.

An injunction can lawfully issue to prevent a water-works company from cutting off its water supply where the consumer has offered to pay in advance the proper amount for the use of such water during the year, and the company claims a higher rate than is truly due and exigible.

Under the terms of its charter, the company is bound to supply water at the rate charged by the city of New Orleans previous to the date of said charter, which was fifteen cents for a thousand gallons to large consumers.

APPEAL from the Civil District Court for the Parish of Orleans. Tissot, J.

J. O. Nixon, Jr., for Plaintiffs and Appellees.

J. R. Beckwith for Defendant and Appellant.

The opinion of the Court was delivered by

BERMUDEZ, C. J. This is an action to prevent the defendant company from turning off its water supply from plaintiffs' rice mills as long as the rates therefor are paid in advance and to compel the company to continue such supply with that reserve of right.

The defendant company charges that the case presented is not one in which an injunction can issue and that it is entitled to more than the amount which plaintiffs offer to pay.

From a judgment in favor of plaintiffs with certain qualifications of rights in favor of each party, the defendants appeal.

This case cannot be distinguished on the questions of law presented, from those of Isaac Levy against the same company. 38 Ann. 25 and 29, in which this Court held that:

1. The codal provisions of our practice touching injunctions, are broader and more comprehensive than the rules of the chancery courts and include causes for injunction that would not be sanctioned in a court of equity, and that an injunction could issue to prevent the water-works company from cutting off its water supply on a proper showing.

2. The act of incorporation of the defendant company forbids it to ' charge more for water than was paid to the city at the date of its incorporation, March 31, 1877, and the charge then made by the city was fifteen cents for a thousand gallons to large consumers, and that a rice miller in New Orleans is entitled to the use of the water conveyed through the pipes and conduits of the water-works company on paying in advance for his supply at that rate.

In computing the quantity of water to be used, the district judge considered that the number of gallons equal the quantity of coal consumed and allowed fifteen cents for each thousand gallons, adding a reasonable amount for water employed for the cleaning of the boilers, etc., and decreed accordingly, reserving to the company the right to claim more than the amounts to be paid in advance, should more water be used than had been computed, and to the plaintiffs the right to claim the difference between that amount and the quantity of water used, were it eventually less than that computed.

The district court perpetuated the injunction.

We have no reason to disturb our previous views and the finding of the district court.

Judgment affirmed.